IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VALENTINE B. ANDELA <br> (CANCER-AFRICA™) | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : <br> : | |
| THE AMERICAN ASSOCIATION FOR <br> CANCER RESEARCH | : <br> : | NO. 09-2487 |

**ORDER**

AND NOW, this 22nd day of December 2009, upon consideration of the defendant's Motion for Judgment on the Pleadings and the plaintiff's Cross-Motion for Summary Judgment, or in the Alternative, Summary Adjudication, and the responses thereto, IT IS ORDERED:

That the defendant's Motion is GRANTED and the plaintiff's Motion is DENIED. The claims under the Lanham Act and the Sherman Antitrust Act are DISMISSED WITH PREJUDICE. The state-law claims are DISMISSED WITHOUT PREJUDICE for lack of subject-matter jurisdiction. The Clerk is directed to mark the case-file CLOSED.

BY THE COURT:

/s/ John P. Fullam
Fullam,         Sr. J.